IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LARRY RENA TURNER,**                                                            **PLAINTIFF**

**V.**                             **NO. 4:07CV134-P-D**

**MILTON GASTON, et al.,**                                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted, in accordance with Rule 12(b)(6), Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii), earning Plaintiff one strike pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the 17th day of September, 2007.

                                                           /s/ W. Allen Pepper, Jr.
                                                           W. ALLEN PEPPER, JR.
                                                           UNITED STATES DISTRICT JUDGE